UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL HELISEK, et.al.,           No. 06-12369

    Plaintiffs,           District Judge Denise Page Hood

v.           Magistrate Judge R. Steven Whalen

GAIL LYNN SHENKMAN,

    Defendant.
_____/

**ORDER**

For the reasons stated on the record on June 23, 2008, the Order to Show Cause [Docket #35] is DISMISSED.

SO ORDERED.

          S/R. Steven Whalen
          R. STEVEN WHALEN
          UNITED STATES MAGISTRATE JUDGE

Dated: June 23, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 23, 2008.

          S/G. Wilson
          Judicial Assistant